UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLY CARR | CIVIL ACTION NO. |
| VERSUS | SECTION " " |
| | JUDGE |
| FAMILY DOLLAR STORES INC., FAMILY DOLLAR STORES OF BOGALUSA LA I NC., FAMILY DOLLAR STORES OF LOUISIANA INC., MERLIN, PAUL TROTIEAR, AND ABC INSURANCE COMPANY | MAG. DIV (  ) MAGISTRATE JUDGE |

### NOTICE OF REMOVAL

TO:    Alan G. Bouterie
         Alan G. Bouterie, Jr.
         David M. Serio
         Bouterie Law Firm, APLC
         2110 Pakenham Drive
         Chalmette, LA  70043

PLEASE TAKE NOTICE that, with a full reservation of rights and defenses, Named Corporate Defendants, Family Dollar Stores, Inc., Family Dollar Stores of Bogalusa LA Inc., and Family Dollar Stores of Louisiana, Inc. (hereinafter collectively referred to as "Defendants"), designated as Defendants in the proceeding entitled *Kelly Carr v. Family Dollar Stores Inc., Family Dollar Stores of Bogalusa LA Inc., Family Dollar Stores of Louisiana Inc., Merlin, Paul Trotiear, and ABC Insurance Company*, bearing number 13-1322, Division "C", currently pending on the docket of the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, hereby file in the United States District Court for the Eastern District of Louisiana,

- 2 -

this Notice of Removal to effect the removal of this action to the United States District Court for the Eastern District of Louisiana in accordance with 28 U.S.C. §1441.

Copies of this Notice of Removal are herewith served upon you as counsel of record for Kelly Carr and a copy of said Notice of Removal is being filed with the Clerk of the aforesaid state court, in conformity with 28 U.S.C. §1446(d).

Defendants respectfully represent that the grounds for removal are as follows:

I.

On or about November 22, 2013, a Petition for Damages for Sexual Harassment, Under Title VII of Civil Rights Act of 1964, Intentional Infliction of Emotional Distress and Defamation ("Petition") was filed and is now pending in the 34th Judicial District Court for the Parish of St. Bernard, bearing number 13-1322, Division "C," which is within the Eastern District of Louisiana.  (A copy of Plaintiff's Petition and citation to Family Dollar of Louisiana, Inc. are attached and incorporated herein by reference as required by 28 U.S.C. §1446(a)).

II.

In the Petition, Plaintiff asserts alleged violations of and is seeking remedies under federal law, including Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq.  Plaintiff named as defendants Family Dollar Stores, Inc., Family Dollar Stores of Bogalusa, LA Inc., Family Dollar Stores of Louisiana, Inc., Merlin and Paul Trotiear.

III.

Citations for service of the Petition on Family Dollar Stores, Inc. and Family Dollar Stores of Bogalusa were issued by the State Court to The Prentice-Hall Corporation System, Inc. ("Prentice-Hall") on February 13, 2014.  *See* Exhibit "A".  According to the Louisiana Secretary of State's website, Prentice-Hall was previously the registered agent for Family Dollar Stores, Inc. and Family Dollar Stores of Bogalusa.  *See* Exhibit "B".  However, both Family Dollar

- 2 -

- 3 -

Stores, Inc. and Family Dollar Stores of Bogalusa are now inactive corporations in the State of Louisiana and have been inactive since 1992 and 1999, respectively. *Id.* Service of process was attempted, but not effected, on named Defendants, Family Dollar Stores, Inc. and Family Dollar Stores of Bogalusa via Prentice-Hall at its former address. However, the Company now located at the former address of Prentice-Hall and who actually received the citations and Petition addressed to Family Dollar Stores, Inc. and Family Dollar Stores of Bogalusa is Corporation Service Company ("CSC"), another service of process company. Since CSC is not the registered agent to receive service of process for Family Dollar Stores, Inc. and Family Dollar Stores of Bogalusa, two inactive corporations, the documents CSC received that were addressed to Family Dollar Stores, Inc. and Family Stores of Bogalusa were returned to counsel for Plaintiff on March 7, 2014. *See* Exhibit "C". A review of the State Court record indicates that citations have not been reissued to Family Dollar Stores, Inc. and Family Dollar Stores of Bogalusa.

IV.

The Petition was first properly served on named Defendant, Family Dollar Stores of Louisiana, Inc., on April 8, 2014. Thirty days have not elapsed since Defendant, Family Dollar Stores of Louisiana, Inc. was served with the Petition. Based on the Court's docket in the 34th Judicial District Court, Named Defendants Merlin and Paul Trotiear have not been served.

V.

As required by 28 U.S.C. §1446(a), filed herewith are copies of all process and pleadings in the state court proceeding. Upon information and belief, no other pleadings have been filed in the state court action, other than those attached hereto.

- 4 -

VI.

The above-described action is a civil action of which this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, in that Plaintiff asserts claims arising under federal law.  Consequently, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

VII.

Promptly after notice of this removal is filed, written notice thereof will be given to all adverse parties and a copy of this Notice of Removal will be filed with the Clerk of the aforesaid state court to effect the removal of the civil action to this Honorable Court as provided by law.

WHEREFORE, named Defendants, Family Dollar Stores, Inc., Family Dollar Stores of Bogalusa LA Inc., and Family Dollar Stores of Louisiana, Inc., pray that this Notice of Removal be accepted as good and sufficient, that the aforesaid Petition be removed from state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from said state court and thereupon proceed with this civil action as if it had originally been commenced in this Court.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ M. Nan Alessandra*
M. NAN ALESSANDRA (Bar #16783)
ALEXIS A. BUTLER (Bar #32376)
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  nan.alessandra@phelps.com
lexy.butler@phelps.com

**ATTORNEYS FOR NAMED CORPORATE DEFENDANTS, FAMILY DOLLAR STORES, INC., FAMILY DOLLAR STORES OF BOGALUSA LA INC., AND FAMILY DOLLAR STORES OF LOUISIANA, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 7th day of May, 2014, I electronically filed the foregoing Notice of Removal with the Clerk of Court by using the CM/ECF system and have served counsel for Plaintiffs via email and United States mail, properly addressed and postage prepaid.

/s/ M. Nan Alessandra