**CT Corporation**

**Service of Process Transmittal**
04/08/2014
CT Log Number 524729807

TO: Stephanie Zedek, Administrative Assistant
Family Dollar Stores, Inc.
10401 Monroe Road
Matthews, NC 28105

RE: **Process Served in Louisiana**

FOR: FAMILY DOLLAR STORES OF LOUISIANA, INC. (Domestic State: LA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Kelly Carr, Pltf. vs. Family Dollar Stores Inc., et al. including Family Dollar Stores of Louisiana Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 34th Judicial District Court, Parish of St. Bernard, LA<br>Case # 131322 |
| **NATURE OF ACTION:** | Employee Litigation - Harassment - Sexual |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/08/2014 at 09:00 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Alan G. Bouterie<br>2110 Packenham Drive<br>Chalmette, LA 70043<br>504-279-3303 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/08/2014, Expected Purge Date: 04/13/2014<br>Image SOP<br>Email Notification, Stephanie Zedek szedek@familydollar.com<br>Email Notification, Melissa Collins mcollins2@familydollar.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Trevor Garoutte |
| **ADDRESS:** | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Page 1 of 1 / SB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# CITATION

**KELLY CARR**

*Versus*

***FAMILY DOLLAR STORES INC.,
FAMILY DOLLAR STORES OF
BAOGALUSA LA INC., FAMILY DOLLAR
STORES OF LOUISIANA INC.,
MERLIN, PAUL TROTIER AND ABC
INSURANCE COMPANY***



*Case: 13-1322
Division B
34th Judicial District
Court
Parish of St. Bernard
State of Louisiana*

*TO:* **FAMILY DOLLAR STORES OF LOUISIANA INC.
THROUGH ITS REGISTERED AGENT:
CT CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808**

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES FOR SEXUAL, HARASSMENT, UNDER TITLE VII OF CIVIL RIGHTS ACT OF 1964, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND DEFAMATION.** The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 24TH day of MARCH, 2014.

RANDY S. NUNEZ
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk; BONNIE CASANOVA

*BC/KELLY CARR*
www.stbclerk.com

---

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
　　　　　Returned Parish of St. Bernard_____, _____.

　　　　　　　　　　　　　　　　　　　　　　　Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ on _____ . _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
　　　　　Returned Parish of St. Bernard _____, _____.

　　　　　　　　　　　　　　　　　　　　　　　Sheriff

## 34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

## STATE OF LOUISIANA

NO. 13 1322          DIVISION 

### KELLY CARR

### VS.

### FAMILY DOLLAR STORES INC., FAMILY DOLLAR STORES OF BOGALUSA LA INC., FAMILY DOLLAR STORES OF LOUISIANA INC., MERLIN, PAUL TROTIEAR, AND ABC INSURANCE COMPANY

FILED: **NOV 2 2 2013**     *Randy S. Nunez*

A. \Apn~     DEPUTY CLERK

### PETITION FOR DAMAGES FOR SEXUAL HARASSMENT, UNDER TITLE VII OF CIVIL RIGHTS ACT OF 1964, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND DEFAMATION

The petition of Kelly Carr, a person of the full age of majority and a domiciliary of the Parish of St. Bernard, State of Louisiana, respectfully represents that:

I.

Made defendants herein are Family Dollar Stores, Inc., Family Dollar Stores of Louisiana, Inc., and Family Dollar Stores of Bogalusa LA, Inc., all of which are Louisiana corporations, organized and existing under the laws of Louisiana and authorized to do and doing business in the State of Louisiana.

II.

Also made defendant herein is Merlin, who upon information and belief is a person of the full age of majority and a domiciliary of the Parish of St. Bernard, State of Louisiana.

III.

Also made defendant herein is Paul Trotiear, who upon information and belief is a person of the full age of majority and a domiciliary of the Parish of St. Bernard, State of Louisiana.

IV.

Also made defendant herein is ABC Insurance Company, which name is presently being used until the correct name is identified and this petition is amended to include the same, which is a foreign insurance company organized and existing under the laws of another state but authorized to do and doing business in the State of Louisiana, which at

all times mentioned herein had in full force and effect a policy of liability insurance insuring the defendants, as well as their employees and/or agents for the causes of action asserted herein.

V.

At all times mentioned herein defendant, Family Dollar Stores Inc. and/or Family Dollar Stores of Bogalusa LA Inc. and/or Family Dollar Stores of Louisiana Inc., was the employer of petitioner, Kelly Carr, and the owner and operator of the Family Dollar Store No. 1474 located at 7501 St. Bernard Hwy., Arabi, LA 70032.

VI.

Petitioner, Kelly Carr, began working at the Family Dollar Store #1474 located at 7501 St. Bernard Hwy., Arabi, LA 70032, in February 2009.

VII.

When petitioner first began working at Family Dollar Store #1474, she noticed that her immediate boss, Merlin, as well as his boss, Paul Trotiear, treated women quite differently than men, which included showing favoritism to the more attractive women. The more the women accepted inappropriate remarks and gestures, the more favoritism was shown to them.

VIII.

Merlin and Paul Trotiear began making continuous inappropriate remarks to petitioner about her body and warned petitioner not to say anything or she would be fired. Petitioner asked both Merlin and Paul Trotiear to stop their inappropriate behavior but it continued. Because petitioner was concerned about losing her job she tried to ignore the improper conduct of Merlin and Paul Trotiear, but their actions became worse.

IX.

Defendant, Merlin, exposed himself to petitioner and asked her to have sex with him. Petitioner said no and again asked that the inappropriate behavior stop, but Merlin continued making inappropriate remarks. Petitioner told Paul Trotiear what Merlin did, and Paul Trotiear's response to petitioner was that she should forgive Merlin. She was again told by Paul Trotiear that people would lose their jobs if she said anything.

X.

Paul Trotiear advised petitioner that both he and Merlin already had sexual harassment claims pending against them and further told petitioner again that he could take away her job if she did not follow his directions about not telling anyone about the inappropriate conduct and remarks.

XI.

Paul Trotiear offered petitioner a ride home from work one day when it was raining heavily. Before they pulled out of the parking lot he began making inappropriate remarks to petitioner. Petitioner asked him to stop making the remarks and to bring her home. The next day at work, petitioner became aware that Paul Trotiear was spreading lies about having had engaged in sexual relations with her and was making other inappropriate comments about her to others.

XII.

The actions of Merlin and Paul Trotiear were of such a continuous and severe nature that it altered the conditions of employment and created a hostile work environment.

XIII.

Merlin and Paul Trotiear's actions constitute sexual harassment, intentional infliction of emotional distress, and defamation, causing petitioner to suffer and to continue to suffer severe mental and emotional distress and other damages, including, but not limited to, lost wages and medical expenses.

XIV.

When petitioner reached the point that she could no longer emotionally tolerate the constant harassment, she went over Merlin and Paul Trotiear's heads, broke the chain of command, and reported what was going on to the corporate office even though she was convinced by the warnings made to her by Merlin and Paul Trotiear that she would lose her job.

XV.

Family Dollar Stores Inc. and/or Family Dollar Stores of Bogalusa LA Inc. and/or Family Dollar Stores of Louisiana Inc. were aware of the propensity of Merlin and Paul Trotiear to sexually harass female employees that they supervise, but did not take proper

and/or appropriate action to train and inform employees about their rights relative to sexual harassment and/or to protect them from Merlin and/or Paul Trotiear

XVI.

At all times mentioned herein, petitioner and defendants, Merlin and Paul Trotiear, were working in the course and scope of their employment with defendants, Family Dollar Stores, Inc. and/or Family Dollar Stores of Bogalusa LA, Inc. and/or Family Dollar Stores of Louisiana, Inc.

XVII.

Family Dollar Stores, Inc. and/or Family Dollar Stores of Bogalusa LA, Inc. and/or Family Dollar Stores of Louisiana, Inc. are responsible for the actions of Merlin and Paul Trotiear through the doctrine of *Respondeat Superior*, which is specifically pled herein.

XVIII.

Petitioner avers that she timely filed with the Equal Employment Opportunity Commission (EEOC) a charge of discrimination against defendant, Family Dollar Stores Inc. Petitioner received notice of the right to sue from the EEOC within 90 days of the filing of this petition.

XIX.

In addition to the state courses of action that petitioner alleges herein, petitioner seeks relief for violation of her rights under Title VII of the Civil Rights Act of 1964, as well as any other applicable federal law.

XX.

Petitioner is entitled to damages for mental and emotional distress, back pay and benefits, front pay, attorney's fees and court costs.

**WHEREFORE**, petitioner, Kelly Carr, prays that defendants, Family Dollar Stores Inc., Family Dollar Stores of Bogalusa LA Inc., Family Dollar Stores of Louisiana Inc., Merlin, Paul Trotiear, and ABC Insurance Company, be served with a copy of this petition and be duly cited to appear and answer same and after all legal delays and due proceedings are had there be Judgment herein in favor of petitioner, Kelly Carr, and against defendants, Family Dollar Store Inc., Family Dollar Stores of Bogalusa LA Inc., Family Dollar Stores of Louisiana Inc., Merlin, Paul Trotiear, and ABC Insurance

Company, jointly, severally, and in solido, in an amount proper in the premises, with legal interest from date of judicial demand, and for attorney's fees, for all costs of these proceedings, as well as all other general and equitable relief, including but not limited to, damages for mental and emotional distress, back pay and benefits, and front pay.

Respectfully submitted,

**BOUTERIE LAW FIRM, APLC**

ALAN G. BOUTERIE, #16822
ALAN G. BOUTERIE, JR. #30407
DAVID M. SERIO #34760
2110 Pakenham Drive
Chalmette, LA 70043
(Tel) 504-279-3303
(Fax) 504-279-5560

**PLEASE HOLD SERVICE AT THIS TIME.**

A TRUE COPY
Randy S. Nunez
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

By_____
DEPUTY CLERK
/S/ Bonnie Casanova

## 34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

### STATE OF LOUISIANA

NO. 13 1322



DIVISION C

**KELLY CARR**

VS.

**FAMILY DOLLAR STORES INC., FAMILY DOLLAR STORES OF BOGALUSA LA INC., FAMILY DOLLAR STORES OF LOUISIANA INC., MERLIN, PAUL TROTIEAR, AND ABC INSURANCE COMPANY**

FILED: NOV 2 2 2013  _Randy S. Nunez_

A. Appv  DEPUTY CLERK

### PETITION FOR DAMAGES FOR SEXUAL HARASSMENT, UNDER TITLE VII OF CIVIL RIGHTS ACT OF 1964, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND DEFAMATION

The petition of Kelly Carr, a person of the full age of majority and a domiciliary of the Parish of St. Bernard, State of Louisiana, respectfully represents that:

I.

Made defendants herein are Family Dollar Stores, Inc., Family Dollar Stores of Louisiana, Inc., and Family Dollar Stores of Bogalusa LA, Inc., all of which are Louisiana corporations, organized and existing under the laws of Louisiana and authorized to do and doing business in the State of Louisiana.

II.

Also made defendant herein is Merlin, who upon information and belief is a person of the full age of majority and a domiciliary of the Parish of St. Bernard, State of Louisiana.

III.

Also made defendant herein is Paul Trotiear, who upon information and belief is a person of the full age of majority and a domiciliary of the Parish of St. Bernard, State of Louisiana.

IV.

Also made defendant herein is ABC Insurance Company, which name is presently being used until the correct name is identified and this petition is amended to include the same, which is a foreign insurance company organized and existing under the laws of another state but authorized to do and doing business in the State of Louisiana, which at

all times mentioned herein had in full force and effect a policy of liability insurance insuring the defendants, as well as their employees and/or agents for the causes of action asserted herein.

V.

At all times mentioned herein defendant, Family Dollar Stores Inc. and/or Family Dollar Stores of Bogalusa LA Inc. and/or Family Dollar Stores of Louisiana Inc., was the employer of petitioner, Kelly Carr, and the owner and operator of the Family Dollar Store No. 1474 located at 7501 St. Bernard Hwy., Arabi, LA 70032.

VI.

Petitioner, Kelly Carr, began working at the Family Dollar Store #1474 located at 7501 St. Bernard Hwy., Arabi, LA 70032, in February 2009.

VII.

When petitioner first began working at Family Dollar Store #1474, she noticed that her immediate boss, Merlin, as well as his boss, Paul Trotiear, treated women quite differently than men, which included showing favoritism to the more attractive women. The more the women accepted inappropriate remarks and gestures, the more favoritism was shown to them.

VIII.

Merlin and Paul Trotiear began making continuous inappropriate remarks to petitioner about her body and warned petitioner not to say anything or she would be fired. Petitioner asked both Merlin and Paul Trotiear to stop their inappropriate behavior but it continued. Because petitioner was concerned about losing her job she tried to ignore the improper conduct of Merlin and Paul Trotiear, but their actions became worse.

IX.

Defendant, Merlin, exposed himself to petitioner and asked her to have sex with him. Petitioner said no and again asked that the inappropriate behavior stop, but Merlin continued making inappropriate remarks. Petitioner told Paul Trotiear what Merlin did, and Paul Trotiear's response to petitioner was that she should forgive Merlin. She was again told by Paul Trotiear that people would lose their jobs if she said anything.

X.

Paul Trotiear advised petitioner that both he and Merlin already had sexual harassment claims pending against them and further told petitioner again that he could take away her job if she did not follow his directions about not telling anyone about the inappropriate conduct and remarks.

XI.

Paul Trotiear offered petitioner a ride home from work one day when it was raining heavily. Before they pulled out of the parking lot he began making inappropriate remarks to petitioner. Petitioner asked him to stop making the remarks and to bring her home. The next day at work, petitioner became aware that Paul Trotiear was spreading lies about having had engaged in sexual relations with her and was making other inappropriate comments about her to others.

XII.

The actions of Merlin and Paul Trotiear were of such a continuous and severe nature that it altered the conditions of employment and created a hostile work environment.

XIII.

Merlin and Paul Trotiear's actions constitute sexual harassment, intentional infliction of emotional distress, and defamation, causing petitioner to suffer and to continue to suffer severe mental and emotional distress and other damages, including, but not limited to, lost wages and medical expenses.

XIV.

When petitioner reached the point that she could no longer emotionally tolerate the constant harassment, she went over Merlin and Paul Trotiear's heads, broke the chain of command, and reported what was going on to the corporate office even though she was convinced by the warnings made to her by Merlin and Paul Trotiear that she would lose her job.

XV.

Family Dollar Stores Inc. and/or Family Dollar Stores of Bogalusa LA Inc. and/or Family Dollar Stores of Louisiana Inc. were aware of the propensity of Merlin and Paul Trotiear to sexually harass female employees that they supervise, but did not take proper

and/or appropriate action to train and inform employees about their rights relative to sexual harassment and/or to protect them from Merlin and/or Paul Trotiear

XVI.

At all times mentioned herein, petitioner and defendants, Merlin and Paul Trotiear, were working in the course and scope of their employment with defendants, Family Dollar Stores, Inc. and/or Family Dollar Stores of Bogalusa LA, Inc. and/or Family Dollar Stores of Louisiana, Inc.

XVII.

Family Dollar Stores, Inc. and/or Family Dollar Stores of Bogalusa LA, Inc. and/or Family Dollar Stores of Louisiana, Inc. are responsible for the actions of Merlin and Paul Trotiear through the doctrine of *Respondeat Superior*, which is specifically pled herein.

XVIII.

Petitioner avers that she timely filed with the Equal Employment Opportunity Commission (EEOC) a charge of discrimination against defendant, Family Dollar Stores Inc. Petitioner received notice of the right to sue from the EEOC within 90 days of the filing of this petition.

XIX.

In addition to the state courses of action that petitioner alleges herein, petitioner seeks relief for violation of her rights under Title VII of the Civil Rights Act of 1964, as well as any other applicable federal law.

XX.

Petitioner is entitled to damages for mental and emotional distress, back pay and benefits, front pay, attorney's fees and court costs.

**WHEREFORE**, petitioner, Kelly Carr, prays that defendants, Family Dollar Stores Inc., Family Dollar Stores of Bogalusa LA Inc., Family Dollar Stores of Louisiana Inc., Merlin, Paul Trotiear, and ABC Insurance Company, be served with a copy of this petition and be duly cited to appear and answer same and after all legal delays and due proceedings are had there be Judgment herein in favor of petitioner, Kelly Carr, and against defendants, Family Dollar Store Inc., Family Dollar Stores of Bogalusa LA Inc., Family Dollar Stores of Louisiana Inc., Merlin, Paul Trotiear, and ABC Insurance

Company, jointly, severally, and in solido, in an amount proper in the premises, with legal interest from date of judicial demand, and for attorney's fees, for all costs of these proceedings, as well as all other general and equitable relief, including but not limited to, damages for mental and emotional distress, back pay and benefits, and front pay.

Respectfully submitted,

**BOUTERIE LAW FIRM, APLC**

ALAN G. BOUTERIE, #16822
ALAN G. BOUTERIE, JR. #30407
DAVID M. SERIO #34760
2110 Pakenham Drive
Chalmette, LA 70043
(Tel) 504-279-3303
(Fax) 504-279-5560

**PLEASE HOLD SERVICE AT THIS TIME.**

## 34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

### STATE OF LOUISIANA

NO. 13 1322

DIVISION C

### KELLY CARR

### VS.

### FAMILY DOLLAR STORES INC., FAMILY DOLLAR STORES OF BOGALUSA LA INC., FAMILY DOLLAR STORES OF LOUISIANA INC., MERLIN, PAUL TROTIEAR, AND ABC INSURANCE COMPANY

FILED: **NOV 2 2 2013**

_____
DEPUTY CLERK

## VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF ST. BERNARD**

**BEFORE ME**, the undersigned authority, personally came and appeared:

### KELLY CARR

a person of the full age of majority and a domiciliary of the Parish of St. Bernard, State of Louisiana, who after being first duly sworn did depose and state:

I have read the attached Petition for Damages for Sexual Harassment, Under Title VII of Civil Rights Act of 1964, Intentional Infliction of Emotional Distress, and Defamation, and all of the allegations contained therein are true and correct to the best of my knowledge, information and belief.

_____
KELLY CARR

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 22nd DAY
OF November 2013.

_____
NOTARY PUBLIC No. 84643
My commission is for life.

# BOUTERIE LAW FIRM
## A Professional Law Corporation

FILED
FEB 13 2014
DEPUTY CLERK
ST. BERNARD PARISH
2:11 pm

**Alan G. Bouterie**
**Alan G. Bouterie Jr.**
**David M. Serio**

| St. Bernard Office: | [Please send mail to St. Bernard address] | Slidell Office: |
|---|---|---|
| 2110 Pakenham Dr. | | 122 Village Street |
| Chalmette, LA 70043 | | Slidell, LA 70458 |
| (Tel) 504-279-3303 | | (Tel) 985-641-9002 |
| (Fax) 504-279-5560 | | |

February 13, 2014

Hon. Randy S. Nunez
Clerk of Court
34th Judicial District Court
St. Bernard Parish Courthouse
Chalmette, LA 70043

         RE:   Kelly Carr vs. Family Dollar Stores Inc., et al
               34th JDC No. 13-1322   Div. C

Dear Sir or Madam:

      Please serve the following with the Petition for Damages for Sexual Harassment, Under Title VII of Civil Rights Act of 1964, Intentional Infliction of Emotional Distress, and Defamation which was filed on November 22, 2013, in the above captioned matter:

Family Dollar Stores Inc.
through its registered agent:
The Prentice-Hall Corporation System Inc.
320 Somerulos Street
Baton Rouge, LA 70802

Family Dollar Stores of Bogalusa LA Inc.
through its registered agent:
The Prentice-Hall Corporation System Inc.
320 Somerulos Street
Baton Rouge, LA 70802

Family Dollar Stores of Louisiana Inc.
through its registered agent:
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

Paul Trotiear
at his place of employment:
Family Dollar Store #1474
7501 St. Bernard Hwy.
Arabi, LA 70032

Page 2
February 13, 2014
Clerk of Court

>Merlin Ruiz
>at his place of employment
>Family Dollar Store #1474
>7501 St. Bernard Hwy.
>Arabi, LA 70032

If you have any questions concerning this matter or need additional information do not hesitate to contact me.

Very truly yours,

Alan G. Bouterie

AGB/rp

## 34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

## STATE OF LOUISIANA

**NUMBER 13-1322**                                                                 **DIVISION "C"**

### KELLY CARR

### VERSUS

### FAMILY DOLLAR STORES INC., FAMILY DOLLAR STORES OF BOGALUSA LA INC., FAMILY DOLLAR STORES OF LOUISIANA INC., MERLIN, PAUL TROTIEAR, AND ABC INSURANCE COMPANY

FILED: _____APR 2 1 2014_____           _____
                          2:48                         DEPUTY CLERK
                                                      /S/CYNTHIA P. GALLARDO

### MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, come Named Corporate Defendants, Family Dollar Stores, Inc., Family Dollar Stores of Bogalusa LA Inc., and Family Dollar Stores of Louisiana, Inc. (hereinafter collectively referred to as "Defendants"), and appearing solely for the purpose of this motion, expressly reserving all rights, exceptions and defenses, and without waiver thereof, respectfully move this Honorable Court for an extension of thirty (30) days, or until and through May 23, 2014, for the purpose of filing responsive pleadings, or otherwise responding to the Petition for Damages for Sexual Harassment Under Title VII of Civil Rights Act of 1964, Intentional Infliction of Emotional Distress, and Defamation ("Petition") filed by Plaintiff. Movants submit that this is the first extension of time to respond, and an extension will not delay these proceedings; accordingly,

IT IS HEREBY ORDERED that Defendants' Motion for Extension of Time be, and the same is hereby GRANTED, and that Named Corporate Defendants, Family Dollar Stores, Inc., Family Dollar Stores of Bogalusa LA Inc., and Family Dollar Stores of Louisiana, Inc., have an additional thirty (30) days, or until and through May 23, 2013, in which to respond to Plaintiff's Petition.

Chalmette, Louisiana, this 21 day of April, 2014.

_____
                          JUDGE

PD.11361385.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

_____
M. NAN ALESSANDRA (#16783)
ALEXIS A. BUTLER (#32376)
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130

**ATTORNEYS FOR NAMED CORPORATE
CORPORATE DEFENDANTS, FAMILY
DOLLAR STORES INC., FAMILY
DOLLAR STORES OF BOGALUSA
LA INC., AND FAMILY DOLLAR STORES
OF LOUISIANA, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 21st day of April, 2014, served a copy of the foregoing pleading upon counsel for plaintiff, by email transmission.

_____

2

PD.11361385.1

## 34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

## STATE OF LOUISIANA

**NUMBER 13-1322**                                                                                             **DIVISION "C"**

### KELLY CARR

### VERSUS

### FAMILY DOLLAR STORES INC., FAMILY DOLLAR STORES OF BOGALUSA LA INC., FAMILY DOLLAR STORES OF LOUISIANA INC., MERLIN, PAUL TROTIEAR, AND ABC INSURANCE COMPANY

FILED: _____APR 21 2014_____                    _____
                                                                              DEPUTY CLERK

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, come Named Corporate Defendants, Family Dollar Stores Inc., Family Dollar Stores of Bogalusa La Inc., and Family Dollar Stores of Louisiana, Inc.. (hereinafter collectively referred to as "Defendants"), and appearing solely for the purpose of this motion, expressly reserving all rights, exceptions and defenses, and without waiver thereof, request that notice of the date of the trial of the above matter, as well as notice of hearings (whether on the merits or otherwise), orders, judgments, interlocutory decrees and any and all formal steps taken by the parties herein, the Judge and members of the Court, be mailed to M. Nan Alessandra, Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130, as provided in Articles 1572, 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

PHELPS DUNBAR LLP

_____
M. NAN ALESSANDRA (#16783)
ALEXIS A. BUTLER (#32376)
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130

**ATTORNEYS FOR NAMED CORPORATE DEFENDANTS, FAMILY DOLLAR STORES INC., FAMILY DOLLAR STORES OF BOGALUSA LA, INC. AND FAMILY DOLLAR STORES OF LOUISIANA, INC.**

PD.11361556.1

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 21st day of April, 2014, served a copy of the foregoing pleading upon counsel for plaintiff, by email transmission.

2

PD.11361556.1